Cathy S. Lusk, Clerk
12th Court of Appeals.
1517 West Front St. Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 06 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Clerk,

Enclosed please find my pro se Defendants motion for Extension of Time to File motion for Rehearing. Please File this motion and bring it to the attention of the court.

Please date stamp this letter and Return it to me. at my address shown below. I also request that you notify me of the courts Ruling on my motion.

Sincerely,

David Ford #1688141
Defendant, Pro Se
Roach Unit 15845 FM164
Childress, TX 79201

Motion For Extension Of Time To File Motion For Rehearing

No. 12-13-00308-CR

IN The
12th Court of Appeals
Tyler, TX

DAVID Eugene FORD

v.

The State of Texas

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 06 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

From Appeal No. 12-13-00308-CR
Trial Cause No. 114-1281-12
Smith County, Texas

First motion for Extension of Time to File motion for Rehearing.

To the honorable Judges of the 12th court of Appeals:
        Comes now, DAVID FORD, Petitioner and files this motion for an extension of sixty (60) days in which to file a motion For Rehearing. In Support of this motion. appellant shows the court the following:

        I.

The petitioner was convicted in the 114th District Court of Smith County, Texas of the offense of, Agg. Robbery w/deadly weapon in Cause No. 114-1281-12, Styled state of Texas vs. David Eugene Ford. The Petitioner appealed

to the court of appeals, 12th Supreme Judicial District. The case was affirmed on February 27, 2015

## II.

The present deadline for filing the motion for Rehearing was March 13th, 2015. The petitioner has not requested any extension prior to this request.

## III.

Petitioners request for an extension is based upon the following facts. Petitioner was not informed of the decision of the court of appeals in affirming his case until March 9th, 2015. Also Due to limited Access to the law library to a few hours a day & limited legal knowledge thereby, Slowing down my research and such short notice of receiving the letter from mailroom. Also It appears Petitioner sent the motion for extension of time to file motion for rehearing To the court of Criminal Appeals instead of the 12th court of Appeals by mistake. Petitioner DID then and there file the motion before the deadline. Petitioner filed motion on March 10, 2015. Petitioner Also sent copies of the motion to the attorney for state, Michael West, and to the state Prosecuting attorney on March 10, 2015. Petitioner mistakenly sent a copy to the wrong Appeallate court Perhaps. Attached with this motion is the motion that petitioner sent to the court of criminal Appeals instead of the 12th court of Appeals by mistake. It is date Stamped March 17, 2015. Confirming that Petitioner sent the motion before the deadline Just with the wrong court.

Wherefore Petitioner Prays this court grant this motion and extend the deadline for filing the motion for Rehearing in case No. 12-13-00308-CR to May 11th, 2015

DAVID Eugene FORD
Petitioner, Pro Se
Texas Department of Criminal Justice
Boach Unit 18845 FM 164
TDCS # 1888141
Childress, TX 79201

## Certificate of Service

I certify that a true and correct copy of the above and foregoing first motion for extension of time to File a motion for Rehearing, has been forwarded by U.S. mail Postage Prepaid, first Class to the attorney for state Michael West at Smith County District Attorneys Office at 100 N. Broadway Tyler, TX 75702, on this the 2nd day of April 2015

DAVID FORD
Petitioner, Pro se

I, David Ford TDCS # 1888141, being presently incarcerated in the Boach Unit of the Texas Department of Criminal Justice in Childress, county Texas verify and declare under penalty of perjury that the foregoing statements are true and correct, Executed on this the 2nd day of April, 2015.

DAVID FORD
BOACH UNIT
TDCS # 1888141